Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

2021 AUG 23 P 12: 31

Richard Kevin Hester
_____
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Frank Williamson
Marcus Rutland
Mike Smith

"see attached"
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

)
)
)
)
)
)
)
) Case No. 5:21-CV-1152-aca-gmb
) *(to be filled in by the Clerk's Office)*
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

Defendants

Judy Story      nurse       Quality Correctional Health Care
Doris Pilkington nurse      "           "           "
Dr. Johnny Bates            "           "           "
Dr. Andrews                 "           "           " Bham, AL.

and any and all other nurses, doctors, jailers, and associates who are unknown to Plaintiff, but whose names will be substituted by amendment when ascertained Defendants. This complaint is being brought against Defendants in their ~~individual capacity, and~~ offical capacity.

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

- **Name:** Richard Kevin Hester
- **All other names by which you have been known:** Kevin
- **ID Number:** 128572
- **Current Institution:** Morgan County Detention Center
- **Address:** 119 Lee St. NE
  Decatur, AL 35601
  City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

- **Name:** Frank Williamson
- **Job or Title *(if known)*:** Sheriff of Colbert County
- **Shield Number:**
- **Employer:** Colbert Co. Sheriffs Dept.
- **Address:**
  Tuscumbia, AL 35674
  City / State / Zip Code

☐ Individual Capacity  ☑ Official Capacity

**Defendant No. 2**

- **Name:** Marcus Rutland
- **Job or Title *(if known)*:** Head Jailer
- **Shield Number:**
- **Employer:** Colbert County Sheriffs Dept.
- **Address:**
  Tuscumbia, AL 35674
  City / State / Zip Code

☐ Individual Capacity  ☑ Official Capacity

2

Defendant No. 3

    Name: Mike Smith

    Job or Title *(if known)*: Assistant to Head Jailer

    Shield Number:

    Employer: Colbert County Sheriffs Dept.

    Address:

    City: Tuscumbia    State: AL    Zip Code: 35674

    ☐ Individual Capacity    ☒ Official Capacity

Defendant No. 4

    Name:

    Job or Title *(if known)*:

    Shield Number:

    Employer:

    Address:

    City:    State:    Zip Code:

    ☐ Individual Capacity    ☐ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th & 14th Amendment, Right to adequate medical care, and right to be free from Assault by Prison Guards or other incarcerated people. Prison conditions, overcrowding, cleanliness, etc.

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> By refusing me adequate medical care 8th Amend. Assault/failure to protect 8th & 14 Amend. Prison Conditions.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial Detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

> Colbert County Jail Cell J-2 at approximately 9:00 am on June __ 2020

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

June 1 2020.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was assaulted by Benyiman Davenport Punched in the temple area. Martez Childers was in cell also at time.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries in detail.

I was punched in the head for passing gas an lost concoiness and was rushed to North Alabama Medical Center where Drs. had to saw my skull open an stop the bleeding on my brain. Which required 48 staples.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like $1,000,000 in monetary damages for my physical injuries, and also $1,000,000 in monetary damages for my emotional injuries. Pay any and all medical bills, and any medical bills that may arise out of this injury in the future. Any attorney fees, and any futher and other relief this court deems necessary. Had I not be placed in a cell designed for juveniles, or 1 or 2 persons in a overcrowding setting, without adequate ventilation, lighting, outside exercise; adequate medical care, subject to excessive second smoke for 14-15 month this would not have occured. Also order Defendants to get me immediate medical attention for my Hepatitis B and C. I'm told by the dr. and nurses that it Hep. B will eventually kill me if gone untreated.

5

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Colbert County Jail — Tuscumbia, AL.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Adequate medical care, Delaying treatment Refusal to let me see doctor, or specialist.

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   I've filed grievances in Colbert Co. & here in Morgan Co.

2. What did you claim in your grievance?

   That I was assaulted in Colbert Co. Denied treatment for Hep B & C.

3. What was the result, if any?

   Told me they didn't treat Hep. B or C

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   I sent grievience to medical. The head lady Charolette Turner about my back, head injury, and Hep. B & C. Also wrote Warden Dawson here at jail and sent a grievance which I have a signature of officer saying he took it an it never was answered. Was told by couple of officers that they (other officials) were throwing them away. Trying to get them to get them to give me a copy of all grievances, request off kiosk at present and being ignored. Also ask them in Colbert County an was told I had to sophecna these records.

7

Exhibit I  Exhaustion of Administrative Remedies

## VIII

- court order from a judge that she couldn't give me these records. I put these request and grievances on the kiosk so I don't understand why they can't give them to me. Quality Correctional Health Care out of Birmingham, AL. has the contract for Colbert County and Morgan Co. I've ask these nurses here for a copy of records also an I'm told the same thing. They can't give me a copy of these things. Also when I had my brain surgery the doctor informed I had hepatitis C and B. He said the Hepatitis B would eventually kill me if gone untreated. I ask the nurses if they could get me treatment an was told they didn't treat hepatitis. That I would have to wait untill I got to prison. I have no bond and haven't been convicted of anything. I have no court date on my capital case. And I've been locked up now 23 months. Since Sept. of 2019. I'm a chronic care inmate with chronic back problems I've had for years which prison record will show. And now it got to where my leg and heal is numb. The Dr. here Dr. Andrews who has his own practice in Huntsville says he can't treat me because he has no records. I've signed consent form to get this information an he came back a week later an ask me what I wanted him to do for me. I told him he said he was gonna get my records from Dr. James Thacker out of Huntsville and he would see me then. He was my Dr. when I was incarcerated The nurse Doris Pilkington had me sign a consent form to get these records. I have no idea if she got them. She said I couldn't have the medicine that Dr. Thacker had prescribed. Also after my brain surgery they took me back to jail after 3 days an I was in alot of pain. They put me in a cell by myself and gave me nothing but tynol for pain. The cell was nasty and could have very easily have got staph. Also just learned as of two days ago I do have court date of Capital Case on Oct. 14, 2021

This guy (inmate) here let me use his prisoners Ligatation Manuel so I'm trying to learn what to do about this in the correct manner. I have suffered a lot due to this injury to my head and also the nurses, doctors, and jail staffs refusal to help me get the proper medical care. Physically, Mentally, and Emotionally. I need someone to please help me get these records, an help me to cite case law to back up my claim. These jail staff had me and three other inmates in a cell that was designed for juveniles for months. I believe it is 8X10 with shower, toilet, phone, and eating table, so no room to move around. I don't smoke either so was subject to second hand smoke for over a year. They roll that tobacco you dip an smoke it an the jailers do nothing to stop it. Smoking is not allowed in the jail but the jailers let it happen. If I need to do something to amend this claim please let me know. I'm no legal mind. The lawyer I had on my Capital case took my home for to represent me on my Capital case an after I was indited he got off my case. I have appointed counsel now. I'm having to deal with that at the Alabama Bar Ass. now. Before I was assaulted I signed a sick call request an spoke with nurse Judy Story, and the head nurse or P.A.'? about the problem with the gas an explained that people felt disrespected by this an they laughed at me an said it was natural, and I understand thats true. But this was exceptionally bad day after day. Even the guards aknowledged this. I told them to tell the nurses to help me. They gave me a pepto-bismol tablet which did not help at all. I told them my stomach was burning. I continued to complain up untill I was assaulted. The doctor talked to me when I finally regained conciousness an told me my injury was consistent with a blow to my head. I don't know if he ordered any medication an it was denied me or not. Thank you for your consideration, If I messed this up please let me know how to correct this How do I get an order signed to order these people to turn over my medical records before they do something with them?

Sincerely,
Richard K. Hester

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
   I gave officer Juan Valdez a grievance he signed a paper for me saying he recieved it and would take it to supervisor. Also Marcus, Rutland, Mike Smith, jailers knew of assault.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   The grievance system is basically non-existant.
   _____

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____
_____
_____
_____

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    3. Docket or index number

    _____

    4. Name of Judge assigned to your case

    _____

    5. Approximate date of filing lawsuit

    _____

    6. Is the case still pending?

        ☐ Yes

        ☐ No

If no, give the approximate date of disposition. _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

    _____

9

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Richard Kevin Hester
Prison Identification #:
Prison Address: 119 Lee St., Decatur, AL 35601

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/19/2021 (Date)

Richard Kevin Hester
Signature of Plaintiff

10