Dear Sir, 9-2-2021

After further reading the Jailhouse Lawyers Manuel I am understanding a little better each time. I want to make sure that I do things in the right manner. Please bear with me. I didn't get copies of that complaint before I sent it so could please copy that and send back for my records please. These people here are not gonna be much help to me because they are aware I'm filing a lawsuit. I ordered a book about 2 weeks ago an still haven't gotten it or an answer to my request. I'm probably gonna have problems getting copies also because they won't even download my grievances off kiosk, sick call request, and other request for my medical files or anything. Nobody seems to know who to ask about these things. Could you please send me local rules of practice for this district. Whether I need a summons for each defendant. How many copies of these forms I need, etc. I can't think of all the jailers names that worked there from the time I came in until I left. I know Heath Holcolmb, Rick, officer Jiminez, Austin. I would have to see a list. Also the Physican Assistant. I can't remember any more nurses names at this time. I waiting on my medical file from the hospital now. I was told by the lady in records at the hospital they were sent last week but still haven't recieved them. Thank you for any help you can provide. I will do my very best at this lawsuit.

Respectfully,
Richard Hester

P.S. Here is the form an money I owe. My aunt is gonna try an help me get the remainder of the 350.00 soon and send you. Also need Application for Appointment of Counsel please.

Richard Kevin Hester
Morgan County Jail
119 Lee St.
Decatur, Al. 35601

BIRMINGHAM AL 350
17 SEP 2021 PM 4 L

Office of
Clerk, United States District Court
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203-2037

35203-203799

SECURITY
SEP 20 2021
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA