United States District Court
Northern District of Alabama

| | |
|---|---|
| Richard Kevin Hester<br>Plaintiff, | Amended Complaint |
| -v- | Jury Trial Demanded |
| Frank Williamson et al<br>Marcus Rutland<br>Heath Holcomb<br>"Jennifer Doe"<br>Judy Story<br>"Bryan Doe"<br>Hosea Jiminez<br>Michael Williams<br>"Rick Doe", "Dakota Doe"<br>Defendants, | Case No: 521-cv-1152 aga, gmb |

## Plaintiffs Amended Complaint

Plaintiff Richard Kevin Hester for his Amended Compaint against defendants.

## JURISDICTION AND VENUE

1) This court has jurisdiction over this action under 28 U.S.C. Sections 1331 and 1343(3) and (4). The matters in controversy arise under 42 U.S.C. Section 1983

2) Venue properly lies in this District pursuant to 28 U.S.C. 1391(2), because the events giving rise to this cause of action occured at Colbert County Jail and Morgan County Jail in Tuscumbia, Alabama, and Decatur, Alabama, which is located within the Northern District of State.

## Parties

3) Plaintiff Richard Kevin Hester is and was, at all times revelant hereto, an incarcerated person in the custody of the Colbert County Jail in Tuscumbia, Alabama. And is currevotly incarcerated in the Morgan County Jail in Decatur, Alabama.

4) Defendant Frank Williamson is the Sheriff of Colbert County, who at all times relevant hereto was and of present is still Sheriff of Colbert County Policy maker.

                                                  Individual Capacity

5.) Defendant Marcus Rutland was, at all times revelant hereto the jail administrator who manages the day to day operations of the Colbert County Jail.

                                                  Individual Capacity

## Parties Continued

6) Defendant Heath Holcomb was at all times relevant hereto, at Jailer at Colbert County Jail.
   Individual Capacity

7) Defendant Jennifer Doe was at all times revelant hereto, a physician at Colbert County Jail on contract from Quality Correctional Health Care based out of Birmingham, Alabama.
   Individual and Official Capacity

8) Defendant Judy Story was at all times revelant hereto, a registered nurse at Colbert County Jail on contract from Quality Correctional Health Care care based out of Birmingham Alabama.
   Individual and Official Capacity

9) Defendant "Dakota Doe" was at all times revelant hereto, a jailer at the Colbert County Jail.
   Ind. Capicity

10) Defendant "Bryan Doe" was at all times revelant hereto, a jailer at the Colbert County Jail.
    Ind. Capacity.

11) Defendant Hosea Jiminez was at all times revelant hereto a jailer at the Colbert County Jail.
    Ind. Capacity

12) Defendant "Rick Doe" was at all times revelant hereto, a jailer at Colbert County Jail.
    Ind. Capacity

13) Defendant Michael Williams was at all times revelant hereto, a jailer at Colbert County Jail.
    Ind. Capacity

## Previous Lawsuits By Plaintiff

14) Plaintiff has filed no other lawsuits dealing with the facts involved in this action or otherwise relating to his confinement.

15) Exhaustion of Administrative Remedies

Plaintiff has exhausted all his administrative remedies available.

I. Facts

16) On September 5, 2019 I was booked into the Colbert County Jail and after booking process was placed in the "Drunk Tank" an put on suicide watch even though I told jailer Michael Williams I wasn't feeling suicidal.

17) Approximately two days later I was placed in the "J-Cells, which were designed for juvenile offenders. I was placed in J-2 cell with Andrew Davenport and two other inmates, whose names are unknown to me at this time.

18) Shortly after two other inmates moved in with me and inmate Davenport, Martez Childers, and another inmate named David. Last name unknown to me at this time. -Cont.-

II. Facts Continued,

Plaintiff Richard Kevin Hester, inmate Andrew Davenport, inmate Martez Childers, and inmate "David Doe" were in J-2 cell for several months leading up to assault. Inmate David made bond shortly before the assault on June 25, 2020.

19) I had been having severe gastrotestonal issues an noticed these inmates in the cell with me felt disrespected along with jailers who came down the "cat walk" periodically. So I signed up for sick call to try an get help. I saw the nurse practioner Jennifer Doe, and nurse Judy Story an explained to them I was burning in my stomach and had dark stool with blood in it at times. Nurse Judy Story laughed an said it was natural. I tried to explain to her that it was terribly bad an was gonna cause me trouble. During this time jailer Michael Williams, Marcus Rutland, jail administrator, and I believe it was Heath Holcolmb, or jailer "Rick Doe" who was present. I was given Peptobismol for several days an told nurses Judy Story and Jennifer Doe, nurse practioner, that this wasn't helping. After this time I began to tell officers, Rick Doe, Dokoto Doe, Bryan Doe, Hosea Jiminez, Michael Williams, Marcus Rutland, Heath Holcolmb orally and giving them to notes to please have me or get me help.

III. ~~Parties~~ Facts Continued

They each informed me they had nowhere to put me.

20) On June 25, 2020 I awoke an had really bad gas so was getting off my bunk to go over by the door pass gas when inmate Davenport kicked me in the leg. I went ahead to the toilet an urinated an went back an sat on my bed. I told inmate Davenport not to kick me again that I could not help passing gas and that I was sorry. He jumped up an grabbed me an punched me in the side. Then he walked to the door an started banging on the door for jailers telling me they were gonna have to move me. I just ingored him an layed back down on my bunk, and when I woke up I was in the hospital an was told by the doctor I had major brain surgery to stop bleeding on my brain. Also that I had a fist size indention that was consistant with a blow to my head. I didn't want to believe that inmate Davenport done this to me but a couple of inmates in the cell next to me in J-1 cell told me that he did. I never knew him to be punished, or investigated for this incident. Detetives came once to talk to me about lawyer misconduct an I told them in a tape recorded conservation. As a result of the assault I continue to have migrane headaches, blurred vision, dizziness, and suffer P.T.S.D. Also physical impairment; disfigurement of my skull.

III.           Facts
                 ~~Parties~~ Continued

26). I was told by Dr., and nurses at LifePoint North Alabama Medical Center that I would be there for 2-3 weeks. But on the morning of June 28, 2020 I was ask by nurse, unknown to me presently, that she needed me to sign papers so they could release me. The nurse said they needed the bed space for someone who had insurance. So I was returned back to the Colbert County Jail and placed in I-1 cell, which was very unsanitary. If Drs. wrote me pain medication I was never given it. All I was given was tyneol, and remained in constant pain, and under extreme mental and emotional stress. Also before leaving hospital I was told by Dr. that when they did blood work it was discovered I had Hepatitis B. I needed to let medical personell at the jail know so they could get me treatment. That it would eventually kill me if gone untreated.

27) After informing Judy Story about what the doctor said about the Hepatitis B and Hepatitis C which I already knew I had, and also Jennifer Doe, they both aknowledged it would eventually kill me if gone untreated, but they did not treat it there. And it cost to much and the county would not pay for it.

VI.                   Facts
                      ~~Parties~~ Continued

28)
    After several request, grievances, sick call request, I submitted on the jail kiosk asking for help with these very serious medical issues for Hepatitis B and C, chronic back issues, gastrotestonal issues, burning in stomach, also request to see doctor, ~~were denied~~. Nurse Judy ~~Stark~~ did do blood work after returning from hospital and advised me that I did have a bacterial infection my stomach or gut an I recieved medication for some time an then advised her is wasn't working. I've had chronic health issues for years an during the time period of September 5, 2019 - December of 2020 I was never seen by a doctor at the Colbert County Jail. Further discovery will reveal revelant facts concerning dates, times, etc. After being transferred to the Morgan County jail in December, 2020 I have addressed all of the nursing staff here who are also under contract for Quality Correctional Health Care through sick call request, general request and through grievances to no avail.

                Prisoner Status
9) Pretrial Detainee

## Relief

30) Plaintiff is seeking damages in the amount of $1,000,000 for the physical injury and pain caused by serious head trauma.

Also $1,000,000 for the mental and emotional distress caused by the actual physical injury.

$1,000,000 for inadequate medical care
$500,000 for punitive damages to punish the defendants for failure to protect Plaintiff from being assaulted by other inmates.

Also issue an injunction ordering defendants to stop denying inmates to adequate medical care they need for serious medical conditions concerning chronic health issues. Order the defendants to let inmates see doctor for these serious medical issues, and order the appropriate, test, M.R.I's, Ex-Rays, treatment, etc. Order Defendants to get Plaintiff the necessary treatment concerning his Hepatitis B and C, chronic back problems, and gastrotestonal problems by seeing a gastrotestoligist. Any other and further the court deems appropriate, and neccessary.

## Count One: Failure To Protect

31) Plaintiff asserts failure to protect claim against Sheriff Frank Williamson, Marcus Rutland, Michael Williams, Heath Holcolmb, Bryan Doe, ~~Dakota Doe~~, Rick Doe, Hosea Jiminez, and the Colbert County Jail for manifesting an excessive of inmate-on-inmate violence along with persistent overcrowding; the deficiencies in inmate classification; deficiencies in inmate discipline, and deficiencies in staffing and inmate monitoring. Plaintiff also maintains defendants were deliberately indifferent to these features of the jail, and such conditions, and the indifference thereto, caused the assault he suffered. In violation of Plaintiffs 8th, and 14th Amendments of the United States Constitution.

As a result of the assault Plaintiff continues to suffer short term memory loss and headaches. The assault left Plaintiff with a permanent indention in his skull, and scar running down the middle of his head which took 48 staples. Also permanent disfigurement. Plaintiff served as sheriff at time of assault an was in charge of policy making so Plaintiff named him as defendant.

## Count Two: Inadequate Medical Care

32) During the period of September 5, 2019 untill I was transfered to Morgan County where I'm currently housed for Colbert County, I saw nurse practioner Jennifer Doe and Judy Story about different medically concerned issues I was having. Specifically Hepatitis C and B, in which I was told they wouldn't treat because it cost to much an county would not pay for it. But it would eventually kill me if gone untreated. Also I would have to wait untill I got to prison. When I've not been convicted of anything. I am a Pre-Trial Detainee. They failed to allow me to see a doctor after repeated sick call request, general request, and grievances. In violation of my 8th and 14th Amendent rights to be free from cruel and unusual punishment, and also also denial of adequate care. Also denying access to a specialist to address my problem with gastrotestonal issues that caused me to be assaulted.

## Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause un-neccessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; (4) and the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Printed Name of Plaintiff: Richard K. Hester
Prison Identification Number: 128572
Prison Address: 119 Lee St NE
Decatur, Al 35601

I declare under penalty of perjury that the foregoing is true and correct.    Richard K. Hester
Executed on: January 25, 2022                    Plaintiff

rd Hester
28572
ee St. NE
tur, Alabama
35601

Birmingham, AL P&DC 352
26 JAN 2022 PM



SECEIVED
JAN 3 2022
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Office of
Clerk, United States District Court
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203-2037